# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 13, 2026

_____

## DOCKET CORRECTION NOTICE

_____

No. 26-1160,   In re: Elon Musk
                8:25-cv-00462-TDC

TO:
    Jeremy Lewin
    United States Agency for International Development
    Kenneth Jackson
    United States DOGE Service
    Amy Gleason
    Elon Musk
    Marco Rubio
    Department of Government Efficiency
    Peter Marocco
    United States Department of State

CERTIFICATE DUE:  February 17, 2026

Under FRAP 21(a)(1), you must serve your petition for writ of mandamus on:

> [x] the trial court judge (**Note: Service on the district court is not sufficient. The petition must be served on the individual judge the action is being sought against.**)

Please serve your petition as indicated above and file the attached certificate of service with the court of appeals by the due date shown.

C. Halupa, Deputy Clerk
804-916-2702

_____

## CERTIFICATE OF SERVICE
_____

No. 26-1160,   <u>In re: Elon Musk</u>
              8:25-cv-00462-TDC

I certify that my petition for writ of mandamus / prohibition was served as follows:

(provide date of service) _____

(select manner of service) [   ] by mail; [   ] by commercial carrier; [   ] in person

(provide name(s) and address(es) of trial court judge and/or parties served):

_____

_____

_____

_____

_____

_____

_____                        _____
Signature                                              Date