

                                **U.S. Department of Justice**
                                Civil Division

                                Washington, D.C. 20530

                                Tel: 202-598-0956

February 20, 2026

Nwamaka Anowi
Clerk of Court
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, VA 23219

        RE:     *In re Elon Musk* (No. 26-1160)

Dear Ms. Anowi:

        Pursuant to Federal Rule of Appellate Procedure 28(j) and Fourth Circuit Rule 28(e), we write to notify the Court that plaintiffs recently provided the government with a notice of intent to take the deposition of Jeremy Lewin on March 5, 2026. As noted in the petition for a writ of mandamus, "[t]he government respectfully request a ruling by March 2, 2026," in light of depositions that "are anticipated to begin as early as March 5" and the scheduled close of discovery on March 31. Petition at 5.

                                               Sincerely,

                                               /s/ *Cynthia Barmore*
                                               CYNTHIA BARMORE
                                               Attorney for Petitioners

# CERTIFICATE OF SERVICE

      I hereby certify that on February 20, 2026, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system.  I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system, except for the following, who will be served via mail:

Norman L. Eisen
Democracy Defenders Fund
600 Pennsylvania Avenue SE
Washington, DC 20003

Richard M. Heimann
Lieff, Cabraser, Heimann & Bernstein
275 Battery Street
San Francisco, CA 94111-0000

Mimi Marziani
Marziani, Stevens & Gonzalez PLLC
1533 Austin Highway
San Antonio, TX 78218

Rebecca Stevens
Marziani, Stevens & Gonzalez PLLC
1533 Austin Highway
San Antonio, TX 78218

      /s/ *Cynthia Barmore*
      CYNTHIA BARMORE
      Attorney for Petitioners

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 4 *et al.*, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELON MUSK *et al.*,<br><br>*Defendants*. | Case No. 8:25-cv-00462-TDC |

### PLAINTIFF'S NOTICE OF INTENT TO TAKE THE DEPOSITION OF JEREMY LEWIN

TO:     Defendant, Jeremy Lewin, by and through his/her counsel of record, U.S. Department of Justice Civil Division.

PLEASE TAKE NOTICE that pursuant to FED. R. CIV. P. 30, Plaintiffs hereby give notice of their intention to take the oral and videotaped deposition of Defendant Jeremy Lewin. This deposition will take place on **5th day, March, 2026** beginning at **10:00 a.m.** at 1100 NEW YORK AVENUE, SUITE 800, WASHINGTON D.C., 20005 and continuing thereafter until completed.

The deposition will be recorded by stenographic means by a certified shorthand court reporter and when transcribed, may be used as evidence in the above cause. Said deposition will be videotaped.


Dated: February 17, 2026                                Respectfully submitted,

                                                        /s/ Tianna J. Mays
                                                        Norman L. Eisen, [9112170186]
                                                        Tianna J. Mays, [1112140221]

1

Andrew H. Warren*
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@democracydefenders.org
Tianna@democracydefenders.org
Andrew@democracydefenders.org

Mimi Marziani*
Rebecca (Beth) Stevens*
Joaquin Gonzalez*
**MARZIANI, STEVENS & GONZALEZ PLLC**
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Tel: (210) 343-5604
mmarziani@msgpllc.com
bstevens@msgpllc.com
jgonzalez@msgpllc.com

Richard M. Heimann*
Nicole M. Rubin
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel: (415) 956-1000
rheimann@lchb.com
nrubin@lchb.com

*Attorneys for Plaintiffs*
*Admitted pro hac vice

### CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of February, 2026, I electronically served the foregoing on attorneys for Defendants.

 */s/ Rebecca (Beth) Stevens*
Rebecca (Beth) Stevens
**MARZIANI, STEVENS & GONZALEZ PLLC**

2

500 W. 2nd Street, Suite 1900
Austin, TX 78701
Tel: (210) 343-5604
bstevens@msgpllc.com

3