FILED: February 25, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1160
(8:25-cv-00462-TDC)

_____

In re: ELON MUSK, in his official capacity; UNITED STATES DOGE SERVICE; DEPARTMENT OF GOVERNMENT EFFICIENCY; UNITED STATES DEPARTMENT OF STATE; UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT; MARCO RUBIO, in his official capacity; PETER MAROCCO, in his official capacity; JEREMY LEWIN, in his official capacity; KENNETH JACKSON, in his official capacity; AMY GLEASON, in her official capacity

          Petitioners

_____

O R D E R

_____

Upon consideration of the petition for writ of mandamus filed by Elon Musk, United States Doge Service, Department of Government Efficiency, United States Department of State, United States Agency for International Development, Marco Rubio, Peter Marocco, Jeremy Lewin, Kenneth Jackson, and Amy Gleason, the court directs the filing of an answer to the petition by J. Doe 4, J. Doe 7, J. Doe 22, Joe Doe 27, J. Doe 28, and J. Doe 29 pursuant to Fed. R. App. P. 21(b)(1).

      The answer shall be filed by the end of the business day on Friday, February 27, 2026.

**Appearance of Counsel** and **Disclosure Statement** forms shall also be filed by February 27, 2026.  Court forms are available as links from this notice and at the court's website, **www.ca4.uscourts.gov**.

                                          For the Court

                                          /s/ Nwamaka Anowi, Clerk