No. 26-1160

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

IN RE ELON MUSK, in his official capacity; UNITED STATES DOGE SERVICE; DEPARTMENT OF GOVERNMENT EFFICIENCY; UNITED STATES DEPARTMENT OF STATE; UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT; MARCO RUBIO, in his official capacity; PETER MAROCCO, in his official capacity; JEREMY LEWIN, in his official capacity; KENNETH JACKSON, in his official capacity; and AMY GLEASON, in her official capacity,

Petitioners.

**MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT
OF PETITION FOR A WRIT OF MANDAMUS**

BRETT A. SHUMATE
  *Assistant Attorney General*

YAAKOV M. ROTH
  *Principal Deputy Assistant
  Attorney General*

MARK R. FREEMAN
MELISSA N. PATTERSON
CYNTHIA BARMORE
  *Attorneys, Appellate Staff
  Civil Division, Room 7529
  U.S. Department of Justice
  950 Pennsylvania Avenue NW
  Washington, DC 20530
  (202) 305-1754*

The government respectfully requests leave to file the attached reply in support of its petition for a writ of mandamus. Plaintiffs take no position on this request. The attached reply is under half the word limit for a mandamus petition and response, consistent with the general rule for replies, *see* Fed. R. App. P. 27(d)(2), 32(a)(7), and addresses points raised by plaintiffs' response.

Respectfully submitted,

BRETT A. SHUMATE
  *Assistant Attorney General*

YAAKOV M. ROTH
  *Principal Deputy Assistant Attorney General*

MARK R. FREEMAN
MELISSA N. PATTERSON

 *s/ Cynthia Barmore*
CYNTHIA BARMORE
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7529*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 305-1754*
  *Cynthia.A.Barmore@usdoj.gov*

February 2026

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), I hereby certify that this motion complies with the requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because it has been prepared in 14-point Georgia, a proportionally spaced font, and that it complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 63 words, according to Microsoft Word.

*s/ Cynthia Barmore*
Cynthia Barmore

# CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2026, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in this case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system, except for the following, who will be served via mail:

Norman L. Eisen
Democracy Defenders Fund
600 Pennsylvania Avenue SE
Washington, DC 20003

Richard M. Heimann
Lieff, Cabraser, Heimann & Bernstein
275 Battery Street
San Francisco, CA 94111-0000

Mimi Marziani
Marziani, Stevens & Gonzalez PLLC
1533 Austin Highway
San Antonio, TX 78218

Rebecca Stevens
Marziani, Stevens & Gonzalez PLLC
1533 Austin Highway
San Antonio, TX 78218

Judge Theodore D. Chuang
U.S. District Court, District of Maryland
6500 Cherrywood Lane, Suite 245
Greenbelt, MD 20770

*s/ Cynthia Barmore*
Cynthia Barmore