FILED: March 4, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1160
(8:25-cv-00462-TDC)

_____

In re: ELON MUSK, in his official capacity; UNITED STATES DOGE SERVICE; DEPARTMENT OF GOVERNMENT EFFICIENCY; UNITED STATES DEPARTMENT OF STATE; UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT; MARCO RUBIO, in his official capacity; PETER MAROCCO, in his official capacity; JEREMY LEWIN, in his official capacity; KENNETH JACKSON, in his official capacity; AMY GLEASON, in her official capacity

       Petitioners

_____

J U D G M E N T

_____

In accordance with the decision of this court, the petition for writ of mandamus is granted.

/s/ NWAMAKA ANOWI, CLERK